IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

FEB   4 2020

Clerk, U S District Court
District Of Montana
Billings



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHON FLORES,<br><br>Defendant. | CR 09-126-BLG-SPW<br><br>ORDER |

Upon the Defendant's Motion to Terminate Supervised Release (Doc. 26),

pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good cause

being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED.

Shon Flores's supervised release is terminated as of the date of this Order.

The Clerk shall forthwith notify the parties and the U.S. Probation Office of

the making of this Order.

DATED this 4th day of February, 2020.

SUSAN P. WATTERS
United States District Judge